CK. # 992761
Receipt # 72346

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 JUL 29 PM 12: 11
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN Re: | ) | KAY WOODS |
| | ) | U.S. BANKRUPTCY JUDGE |
| WILLIAM LYONS | ) | |
| SANDRA LYONS | ) | |
| | ) | |
| Debtors | ) | CH 13 Case No. 03-41020 |
| | ) | |
| | ) | **TRANSMITTAL OF UNCLAIMED FUNDS** |

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

> WILLIAM LYONS
> SANDRA LYONS
> 215 W. OHIO AVENUE
> SEBRING, OH 44672
>
> $1.03
>
> **TOTAL:** $1.03

2. A check in the amount of $1.03, payable to the Clerk of the United States Bankruptcy Court is attached to this report.

3. Nothing further remains to be done in this case.

DATED this 28th day of July, 2010.

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503
(330) 743-1246

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
WILLIAM LYONS )
SANDRA LYONS )
)
          Debtors ) CH 13 Case No. 03-41020
)
)

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this __28th__ day of July, 2010, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

                                          MICHAEL A. GALLO, TRUSTEE
                                          20 Federal Plaza West
                                          Suite #602
                                          Youngstown, OH 44503

                                          By: *Jennifer Buchmann*
                                          Jennifer Buchmann - Assistant